Robert Lee **ELMORE, Petitioner–**
**Appellant,**

v.

**Barney LLOYD, Warden of Tyger River**
**Correctional Institution; Charles M.**
**Condon, Attorney General of the State**
**of South Carolina, Respondents–Ap-**
**pellees.**

No. 01–7868.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Robert Lee Elmore, Appellant Pro Se.
Donald John Zelenka, Chief Deputy Attor-
ney General, Columbia, South Carolina, for
Appellees.

Before WIDENER, LUTTIG, and
GREGORY, Circuit Judges.

PER CURIAM.

Robert Lee Elmore seeks to appeal
from the district court's order adopting the

report and recommendation of the magistrate judge and dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) without prejudice because he failed to exhaust state court remedies. Because Elmore can exhaust his state court remedies and re-file his petition, his appeal of the dismissal without prejudice is interlocutory and not subject to appellate review under *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*